1054

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO MENDOZA ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00884-7, F. James Gavin, J., entered December 30, 1991. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RAY MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01774-9, F. James Gavin, J., entered May 21, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. DANNY L. MUNDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 89-1-00032-9, Fred L. Stewart, J., entered March 19, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY GEORGE DECOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01707-2, Robert N. Hackett, Jr., J., entered June 19, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.